IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**MURPHY OIL USA, INC.**                                    **PLAINTIFF**

VS.                  NO. 1:07-cv-1037

**NEXCHECK LLC**                                         **DEFENDANT**

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Murphy Oil USA, Inc., for its Notice of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, states:

1. The plaintiff, Murphy Oil USA, Inc., filed its Complaint in the above-referenced action on April 30, 2007. The Plaintiff wishes to voluntarily dismiss its Complaint against the Defendant.

2. The plaintiff, Murphy Oil USA, Inc., did not effect service of process on the Defendant, Nexcheck LLC. The Defendant did not file an answer in the above-styled case.

3. Accordingly, Plaintiff may voluntarily dismiss its Complaint without an order of the court pursuant to Fed. R. Civ. P. 41(a)(1).

WHEREFORE, Plaintiff, Murphy Oil USA, Inc., submits this Notice of Voluntary Dismissal and hereby voluntarily dismisses its Complaint against the Defendant in the above-styled case.

Dockets.Justia.com

        ROSE LAW FIRM,
        a Professional Association
        120 East Fourth Street
        Little Rock, AR 72201
        Telephone: (501) 375-9131
        Facsimile: (501) 375-1309
        Attorneys for Plaintiff

By:   /s/ Richard T. Donovan
       Richard T. Donovan
       Arkansas Bar No.83054
       Attorneys for Plaintiff
       Murphy Oil USA, Inc.

       Counsel
       John A. Moore
       Greg L. Smith
       Murphy Oil USA, Inc.
       200 Peach Street
       P.O. Box 7000
       El Dorado, AR 71731-7000