```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        EL DORADO DIVISION


MURPHY OIL USA, INC.                                    PLAINTIFF


vs.                           Civil No.  07-1037


NEXCHECK LLC                                            DEFENDANT


                     CLERK'S ORDER OF DISMISSAL

     On this 23rd day of May, 2007, the Plaintiff herein

having filed their Notice of Dismissal pursuant to Rule

41(a)(1)(i), Federal Rules  of Civil Procedure,

     IT IS ORDERED that plaintiff's complaint be, and hereby is

dismissed.

                                   AT THE DIRECTION OF THE COURT

                                   CHRISTOPHER R. JOHNSON, CLERK


                                   by: /s/ Carol Nesbit
                                          Deputy Clerk
```